DEVOE MANUF'G CO. (MEISSNER v.). See Case No. 9,397.

## Case No. 3,846.

### DEVOLL v. BROWN.

[The case reported under above title in 3 West Law J. 151, and Merw. Pat. Inv. 414, is the same as Case No. 3,662.]